ACCEPTED
02-15-00378-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/9/2015 4:08:42 PM
DEBRA SPISAK
CLERK

## CAUSE NO. C2014011

| | | |
|---|---|---|
| **SANDRA E. PARKER** | § | **IN THE DISTRICT COURT** |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | **355TH JUDICIAL DISTRICT** |
| | § | |
| **ROBERT J. GLASGOW, JR., AND** | § | |
| **GLASGOW, TAYLOR, ISHAM &** | § | |
| **GLASGOW, P.C.** | § | |
| *Defendants* | § | **HOOD COUNTY, TEXAS** |

---

### SANDRA E. PARKER'S NOTICE OF APPEAL

---

COMES NOW, Sandra E. Parker, and timely files this Notice of Appeal pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure and, in support thereof, respectfully shows the Court as follows:

### I.

Sandra E. Parker appeals from the cause styled, *Sandra E. Parker v. Robert J. Glasgow, Jr., and Glasgow Taylor, Isham & Glasgow, P.C.,* and having cause number C2014011 in the 355th District Court of Hood County, Texas, Honorable Judge Ralph H. Walton, Jr., presiding.

### II.

Sandra E. Parker appeals the Trial Court's *Order Granting Defendants' Summary Judgment Motions and Final Judgment* dated September 11, 2015. The Court's Order of September 11, 2015, disposed of all parties and issues before the trial court and is final and appealable.

### III.

On October 9, 2015, Sandra E. Parker filed her Motion for New Trial, which extended the appellate deadline to December 10, 2015.

---

**IV.**

Sandra E. Parker desires to appeal and hereby invokes the Appellate Court's jurisdiction over all parties. TEX. R. APP. P. 25.1(b).

**V.**

This appeal is to the Honorable Court of Appeals for the Second District of Texas at Fort Worth, Texas.

Respectfully submitted,

SULLIVAN & COOK, LLC

/s/ Adam Barela

Jeffrey Cook
ATTORNEY IN CHARGE
State Bar No. 04734495
jcook@sullivancook.com

Adam Barela
State Bar No. 24027138
abarela@sullivancook.com
600 E. Las Colinas Blvd., Suite 1300
Irving, Texas 75039
Telephone:     (214) 520-7494
Facsimile:     (214) 528-6925

ATTORNEYS FOR PLAINTIFF
SANDRA E. PARKER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of December, 2015, a copy of the foregoing document was served as indicated below:

**VIA EMAIL AND FACSIMILE**
Roland K. Johnson
Tennessee Walker
HARRIS, FINLEY & BOGLE, P.C.
777 Main Street, Suite 1800
Fort Worth, Texas 76102

/S/ ADAM BARELA
ADAM BARELA